UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>EASTMAN CHEMICAL RESINS, INC.<br><br>      Defendant. | Civ. No. 2: 11-cv-00041-HCM |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS, the Parties to the above-captioned action have filed a Stipulation and Order between Plaintiff and Defendant Eastman Chemical Resins, Inc. ("Stipulation") executed by the Parties and intended to resolve all claims in this matter;

WHEREAS, the Court entered the aforementioned Stipulation as an order of the Court on January 20, 2011;

WHEREAS, paragraph 10 of the Stipulation directed the United States to file a dismissal with prejudice after receipt of the full settlement amount paid by Defendant pursuant to the terms of the Stipulation;

WHEREAS, Defendant paid the full settlement amount in full compliance with the Stipulation and in accordance with instructions provided to Defendant by the Financial Litigation Unit of the U.S. Attorney's Office;

WHEREAS, no other monies are due under the Stipulation;

WHEREAS, Defendant has yet to serve either an answer or a motion for summary judgment in this matter;

NOW THEREFORE, Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), files this Notice of Voluntary Dismissal with Prejudice, thereby dismissing with prejudice all claims in the above-captioned matter.

**FOR PLAINTIFF THE UNITED STATES OF AMERICA**:

BRUCE S. GELBER
Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

DANIEL S. SMITH
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
601 D Street, NW
Washington, D.C. 20004
dan.smith2@usdoj.gov
202-305-0371 (voice)
202-616-6583 (fax)

NEIL H. MACBRIDE
United States Attorney

Date: February 15, 2011     ____/s/_____
CRAIG P. WITTMAN
Assistant United States Attorney
Virginia Bar No. 39409
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address - Craig.Wittman@usdoj.gov

CERTIFICATE OF SERVICE

  I hereby certify that on this 15th day of February, 2011, I will file the Notice of Voluntary Dismissal With Prejudice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Michael R. Daglio (VSB No. 42699)
Jeffrey F. Starling (VSB No. 65986)
Attorneys for the Defendant
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone Number: 804-775-4388
Facsimile Number: 804-698-2046
Email Address:mdaglio@mcguirewoods.com; jstarling@mcguirewoods.com

  The undersigned is not aware of any non-filing users in this action.

            /s/
            Craig P. Wittman
            Assistant United States Attorney
            Virginia Bar No. 39409
            Attorney for the United States
            United States Attorney's Office
            101 West Main Street, Suite 8000
            Norfolk, VA 23510
            Telephone - 757-441-6331
            Facsimile - 757-441-6689
            E-Mail - Craig.Wittman@usdoj.gov